C. L. HARTON v. J. D. ROSS.

(Filed 22 October, 1930.)

**Highways B i—Where evidence discloses that auto accident resulted from ice on bridge and not from defendant's negligence, nonsuit is proper.**

Where in an action for damages resulting from an automobile collision the evidence tends to show that the accident resulted from ice on a highway bridge and not from any negligence of the defendant, defendant's motion as of nonsuit is properly allowed.

APPEAL by plaintiff from *Harris, J.,* at May Term, 1930, of ALAMANCE. Affirmed.

SCOGGINS *v.* R. R.

*Coulter & Cooper for plaintiff.*
*D. Dolph Long for defendant.*

PER CURIAM. This is an action to recover damages growing out of the collision of cars, alleged to have been negligently caused by the defendant. At the close of the plaintiff's evidence the action was dismissed as in case of nonsuit. The cars in which the parties were traveling collided on a concrete bridge coated with ice. The plaintiff was injured and his car was damaged; but the injury and damage seem to have resulted from the condition of the highway and not from actionable negligence on the part of the defendant.

Affirmed.